# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Gary Lewis Davis, | ) | |
| *Petitioner* | ) | |
| v. | ) | Civil Action No.  1:17-cv-02222-PMD |
| Warden of Federal Correctional Institution | ) | |
| Williamsburg, | ) | |
| *Respondent* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____ .

■  The petitioner, Gary Lewis Davis, shall take nothing of the respondent, Warden of Federal Correctional Institution Williamsburg, and this action is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Patrick Michael Duffy, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the petition without prejudice.

Date:  December 5, 2017                    *ROBIN L. BLUME, CLERK OF COURT*

                                                    s/M. Walker

                                    _____
                                           *Signature of Clerk or Deputy Clerk*